IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>DEMARQUEMIS WILLIAMS,<br>a/k/a "MARK,"<br><br>Defendant | NO. 3: 04-CR-32 (CAR)<br><br>**VIOLATIONS: DRUG RELATED** |

## O R D E R

Defendant DEMARQUEMIS WILLIAMS this day appeared before the undersigned for a hearing on a **PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE** filed on August 12, 2005, by U.S. Probation Officer Amanda M. LaMotte. He was represented by Mr. James Wilson Smith of the Athens Bar. The United States was represented by Assistant U. S. Attorney Tamara Jarrett.

The defendant admitted the allegations set forth in numbered paragraph 1 of the Petition. Upon consideration of his admission and of argument from counsel for the government and counsel for defendant WILLIAMS, the court declines at this time to revoke the Order of Release entered herein on March 7, 2005, and directs that defendant WILLIAMS be returned to pretrial supervision, subject to all conditions heretofore imposed upon him. The court directs the defendant's probation officer to take such steps as are necessary to insure the defendant's future compliance with all conditions imposed upon him but most particularly to insure that he receives such treatment and counseling necessary to deal with his substance abuse problem. The probation officer is further directed to advise the undersigned immediately of any failure to attend drug treatment and counseling sessions and of any positive drug test results.

SO ORDERED AND DIRECTED, this 24th day of AUGUST, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE